# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ROSE AND JAIME ROSE : | |
| : | |
| Plaintiffs, : | Case No. 2:19-cv-00977-GJP |
| : | |
| v. : | |
| : | |
| THE TRAVELERS HOME AND : | |
| MARINE INSURANCE COMPANY and : | |
| THE TRAVELERS INDEMNITY : | |
| COMPANY, : | |
| : | |
| Defendants. : | |
| : | |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, by and through their Counsel and pursuant to the Settlement Agreement, hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an Order, in the form attached hereto, granting (i) Final Approval of the proposed settlement of this case as fair, reasonable, and adequate; (ii) Final Approval of the methods and forms of notice provided to Class members, as delineated in the Settlement Agreement; and (iii) Final Certification of the Class for settlement purposes.

In support thereof, Plaintiffs are contemporaneously filing a (1) Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, (2) a Joint Declaration of Plaintiffs' Class Counsel Kenneth J. Grunfeld and Anthony DiUlio in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, and (3) a Supplemental Declaration of Cameron R. Azari, Esq. (Epiq) on Implementation of Settlement Notice Plan.  A proposed Final Approval Order has been filed contemporaneously herewith.

**Respectfully submitted,**

| BY:    */s/ Anthony DiUlio* <br> ANTHONY DiULIO, ESQUIRE <br> Attorney I.D. No.: 312763 <br> One Penn Center - Suite 1270 <br> 1617 JFK Boulevard <br> Philadelphia, PA 19103 | BY:    */s/ Kenneth J. Grunfeld* <br> Kenneth J. Grunfeld, Esquire <br> Attorney I.D. No.: 84121 <br> GOLOMB & HONIK <br> 1835 Market Street, Suite 2900 <br> Philadelphia, PA 19103 <br> kgrunfeld@golombhonik.com |
|---|---|
| *Attorneys for Plaintiffs and the Proposed Class* ||

Date: June 12, 2020